**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FREDERICK H. LANGE, III,** | : |
| Petitioner, | : |
| v. | : CIVIL ACTION 10-0093-KD-M |
| **WARDEN HETZEL,** | : |
| Respondent. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made,[1] the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 4, 2010, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this petition be **DENIED** as time-barred and that this action be **DISMISSED.**

**DONE** and **ORDERED** this the **17th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner filed a Motion for Reconsideration (Doc. 22) which is construed by the Court as an Objection to the Report & Recommendation.