**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FREDERICK H. LANGE, III,** | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :  **CIVIL ACTION 10-0093-KD-M** |
| | : |
| **WARDEN HETZEL,** | : |
| | : |
| Respondent. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Respondent Warden Hetzel and against Petitioner Frederick H. Lange, III.

**DONE** and **ORDERED** this the **17th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**